THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CARLSON and Another, Appellants, Impleaded with Another.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

THE NATIONAL SAFETY BANK AND TRUST COMPANY OF NEW YORK, Respondent, v. SAMUEL ROSEFF, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

THE CITY OF NEW YORK, Respondent, v. CAMBRIA AND LACKAWANNA COAL COMPANY, INC., and Others, Defendants, Impleaded with CULLEN FUEL COMPANY, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

HENRY I. GILBERT, on Behalf of Himself and All Other Stockholders of Associated GAS AND ELECTRIC COMPANY, Respondent, v. C. W. BEALL and Others, Defendants, Impleaded with DANIEL STARCH, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to defendant, appellant, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Martin, P. J., Merrell, McAvoy and Glennon, JJ.

ELAINE ROBERTS, Respondent, v. BEAUX-ARTS APARTMENTS, INC., Appellant. — Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy and Glennon, JJ.; Merrell, J., dissents.

In the Matter of the Application of HARRY NEUMANN, Appellant, for a Peremptory Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

BARTHOLOMEW HOLDING CORPORATION, Appellant, v. BENJAMIN GROSS, Individually, and as Temporary Receiver of GROSS-BRENNAN, INC., and Others, Respondents, Impleaded with Others.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendants, respondents, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of ANNA SWIFT, Respondent, for an Order of Mandamus against LEWIS J. VALENTINE, Police Commissioner of the City of New York, and Another, Appellants.— Order modified by granting an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; Merrell, J., dissents and votes for affirmance. Settle order on notice.

NATHAN APPLEBAUM, Respondent, v. BENJAMIN TOBY and Another, Appellants. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

SAM S. FOX, Respondent, v. NATIONAL HOSPITAL MEAT CORP., INC., and Others, Appellants.— Order entered January 16, 1935, so far as appealed from, affirmed with twenty dollars costs and disbursements. No opinion. Present — Martin